IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        vs.<br><br>KOSSI DJISSENOU,<br><br>                    Defendant. | 8:02CR248<br><br>**ORDER** |

This matter is before the Court on the defendant's motion for a copy of his criminal case file (Filing No. 77), including the Indictment, Change of Plea Hearing, Order on Sentencing Schedule, Plea Agreement, Petition to Enter Plea of Guilty, Order (No. 66), Sentencing, and Judgment. The copies have been requested by a non-party to this case, Alexandra Goncalves-Pena, Esq. The Court will grant the request for copies, however, payment must be made prior to the copies being issued.

IT IS ORDERED:

1. The Motion for Copies [77] is granted.

2. Alexandra Goncalves-Pena, Esq. shall pay $15.00 for the cost of the copies requested prior to the copies being issued.

3. Upon receipt of payment for copies in the amount of $15.00 in this case, the Clerk's Office is directed to mail a copy of the Indictment, Change of Plea Hearing, Order on Sentencing Schedule, Plea Agreement, Petition to Enter Plea of Guilty, Order, Sentencing, and Judgment (Document numbers 1, 58, 59, 60, 61, 66, 71 and 74) to Alexandra Goncalves-Pena, Esq. at the address listed in filing number 77.

4. The Clerk of Court is ordered to mail a copy of this order to Alexandra Goncalves-Pena, Esq. at the address listed in filing number 77.

Dated this 7th day of July, 2014.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge